In the Matter of the Application of WILLIAM BUSH, Individually and on Behalf of Other Persons Similarly Situated, Appellant, v. CHARLES W. BERRY, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMERICAN SAFETY DEVICE COMPANY, Appellant, v. TORVALD THOMPSON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAROL L. VAN DEN BULCKE, Appellant, v. AMERICAN BANK NOTE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAROL L. VAN DEN BULCKE, Appellant, v. AMERICAN BANK NOTE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RECORD INVESTING CORPORATION, Respondent, v. ALT-FELD BUILDING CO., INC., and Others, Defendants, Impleaded with SAM CHASNOV, Trading under the Name and Style of UNITED REFRIGERATOR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEONOR REICHBART, as Administratrix, etc., of HARRY REICHBART, Appellant, v. PETER A. ABELES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MATHIAS RIESTER, Respondent, v. ANNA C. UIHLEIN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied unconditionally. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of LEWIS MACB. HUBBARD, Appellant, against SAMUEL KOFFLER, an Attorney at Law, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MILTON BLUMBERG, Respondent, against REUBEN SAMUELS, President of REUBEN SAMUELS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HAMILTON EMPLOYMENT SERVICE, INC., Respondent, v. EDWARD R. KING, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STONE BROS. BLOCK & GLASER, INC., Appellant, v. MAX L. STORCH and F. K. S. OUTFITTING CORPORATION, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of restraining defendant Storch from soliciting any of plaintiff's customers or the members of their families. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATTULLO, INC., Appellant, v. KATE COLAGE and ANNA FILLIPO, Respond-